IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMITT LEWIS,<br><br>        Petitioner,<br><br>  vs.<br><br>LARRY SMALL, Warden,<br><br>        Respondent.<br>                                    / | No. C 09-2357 WHA (PR)<br><br>**ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On May 28, 2009, the court received two envelopes from petitioner, one containing a petition for a writ of habeas corpus and the other an application to proceed in forma pauperis ("IFP"). Two cases were opened. The IFP application was given case number C 09-2349 WHA (PR) and petitioner was sent a notice that he had not filed a petition or complaint and that the application was not signed. The petition was given this case number, and petitioner was sent a notice that he had not filed an IFP application.

In a contemporaneous order case number C 09-2349 WHA (PR) has been dismissed as opened in error and the IFP application ordered to be filed in this case. That application, however, still is deficient in that it is not signed. Petitioner shall file a new application, properly signed and carrying the case number of this case, within thirty days of the date this order is entered. He does not need to file another "Certification of Funds in Inmate Account," page five of the application, nor another printout of transactions in his account.

**IT IS SO ORDERED.**

Dated: June __16__, 2009.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\LEWIS2357.IFP.wpd