IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMITT LEWIS,** | Case No. C 09-2357 WHA |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **LARRY SMALL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 26, 2009, to file an answer to the petition for writ of habeas corpus or any other responsive motion.

Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: September 30, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (C 09-2357 WHA)